2 F.3d 1149
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joel E. KAYLOR, Petitioner-Appellant,
v.
George TRENT, Respondent-Appellee.
 No. 93-6553.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: July 16, 1993.
Decided: August 5, 1993.
 
 Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden, II, Chief District Judge. (CA-93-180-2)
 Joel E. Kaylor, Appellant Pro Se.
 Stephen Raymond Van Camp, Darrell V. McGraw, Jr., Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.
 S.D.W.Va.
 DISMISSED.
 Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Joel E. Kaylor seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Kaylor v. Trent, No. CA-93-180-2 (S.D.W. Va. May 13, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED